

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, and RYAN ANDERSON, DAVID HORNBERGER, BRIAN HAMILTON, BONNIE GIDDEN, LISA KRENGER, PERRY SHANKLE, STACY SHARP, and DR. DANA BASHARA, in their Official Capacities, | § § § § § | No. 08-23-00124-CV Appeal from 438th Judicial District Court |
| Appellants, | § | of Bexar County, Texas |
| v. | § | (TC# 2020CI23809) |
| SELINA JONES, ROY HUMMEL, and LESLIE MICHELLE PRUITT, | § § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.